

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2019

No. 04-19-00555-CV

**IN RE GUARDIANSHIP OF CHARLES INNESS THRASH,** an Adult,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017-PC-2912
Honorable Oscar J. Kazen, Judge Presiding

## O R D E R

The reporter's record was originally due on September 23, 2019. The court reporter has filed a notice of late reporter's record stating that appellants have failed to request preparation of the reporter's record and to designate which portions of the proceedings and/or exhibits are requested to be filed in this appeal. *See* TEX. R. APP. P. 34.6(b)(1).

Accordingly, it is ORDERED that appellants provide written proof to this court **within ten (10) days** of the date of this order that a written request has been made to the court reporter designating the portions of the proceedings and/or exhibits to be prepared and filed pursuant to TEX. R. APP. P. 34.6 (b)(1), and (1) the reporter's fee has been paid or payment arrangements have been made; or (2) appellants are entitled to appeal without paying the court reporter's fee.

If appellants fail to respond within the time provided, and the reporter's record is not timely filed, this appeal will be submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk